In the Matter of the Claim of FRED W. KRIETE, Respondent, against TODD SHIPYARDS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 28, 1955; decided June 10, 1955.

*George J. Hayes, Bernard Katzen* and *Victor Fiddler* for appellants.

*Jacob K. Javits, Attorney-General (John J. Quinn, Henry S. Manley* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and BURKE, JJ. VAN VOORHIS, J., dissents and votes to reverse and to annul the award and to dismiss the claim upon the dissenting memorandum of HALPERN, J., in the Appellate Division.